FILED 2-2-21

FEB 11 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Robert M. Dow Jr.,

Hopefully this letter reaches you in the best of health and spirits. I write in regards of my Attorney Quinn A. Michaelis. She has given me reason to believe that she doesn't have my best interest in mind or at heart. I have repeatedly asked that she make a constitutional claim on my behalf. During a phone conversation on today's date, she has stated that she or no one else cares about my constitutional right. I do not feel comfortable with Attorney Quinn Michaelis willfully misrepresenting me and/or having any control whatsoever over my life and liberty. I'm asking that you please provide me with an Attorney that is more willing to adequately represent me and not tell me what I wish to hear then change everything at the last minute with blank disregard to how I feel about the situation. I wish to get matters resolved as much as anyone else, but I also believe that it is my duty and more importantly my right to assert and preserve my constitutional claims. I pray that before moving forward, this matter be addressed. Thank you and enjoy the rest of your day.

Sincerely,
Art R.



Antwon Franklin #07828-025
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Honorable Judge Robert M. Dow Jr.
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

CERTIFIED MAIL
02/11/2021-8
7018 1830 0000 9034 3937