UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTWAN FRANKLIN | No. 18 CR 453-2<br><br>Judge Robert M. Dow, Jr. |

**JOINT STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, and defendant, ANTWAN FRANKLIN, by his attorney, Michael Schmiege, respectfully submit the following joint status report, as directed by this Court:

1. On March 3, 2021, Michael Schmiege filed his appearance to represent defendant after the court granted appointed counsel's motion to withdraw. R 209 and 211.

2. Defense counsel is still in the process of reviewing discovery. Counsel needs an additional 60 days to review the discovery and applicable guidelines with his client and determine how the defendant wishes to proceed. Counsel anticipates that, in 60 days, the defense will be able to set the case for a change of plea hearing or for trial.

3. The government has no objection to the continuance.

4. The parties request the exclusion of time under the Speedy Trial Act because the ends of justice served by the continuance, namely providing newly

appointed defense counsel an opportunity to review discovery, outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:   /s/ *Ronald DeWald*
        RONALD DEWALD
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 886-4187

Dated: August 2, 2021

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Crim. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system as to ECF filers, if any, on Monday, August 2, 2021.

                                          */s/ Ronald L. DeWald, Jr.*
                                          Ronald L. DeWald, Jr.
                                          Assistant U.S. Attorney
                                          219 S. Dearborn Street
                                          Chicago, IL 60604
                                          312/353-5300